UNITED STATES DISTRICT COURT
MIDDLE DISTRICT O F TENNESSEE
NASHVILLE DIVISION

Veleaka Covino,                          )
                                         )    Case No. 3:08-cv-0373
              Plaintiff,                 )    Judge Haynes
                                         )
v.                                       )
                                         )
Chef Wang's Buffet, Inc. et al.,         )
                                         )
              Defendants                 )

ENTRY OF JUDGMENT

Pending before the Court is Plaintiff's Notice of Acceptance of Offer of Judgment from

Defendants (Docket Entry No. 4). This Notice of Acceptance is submitted in compliance with

the requirements of Fed. R. Civ. P. 68.

Accordingly, pursuant to Fed. R. Civ. P. 68, judgment is entered against Defendants Chef

Wang's Buffet, Inc., Stanley Wang and Mike Kong in favor of Plaintiff Veleaka Covino as

follows:

    1.  $5,000.00 (five-thousand dollars) with said amount to include all of Plaintiff's

        costs including attorney fees.

*s/ Keith Throckmorton*

Keith Throckmorton
Clerk of Court